## NEAL v. LYLE.

No. 14479—Opinion Filed Oct. 23, 1923.

Rehearing Denied Nov. 20, 1923.

(Syllabus.)

**Municipal Corporations—Town Officers—Time for Qualification and Assuming Duties—Delay.**

The failure, of any person elected to an office, to qualify and enter upon the duties of such office within the time prescribed by section 4759, Comp. Stat. 1921, by taking the oath prescribed by section 126, Id., and filing the necessary bond, is cured by section 127, Id., if the person so elected or appointed has been prevented from qualifying and entering upon his duties within the time prescribed by said section 4759, and such person will be allowed the time provided in said section 127, in which to qualify and enter upon his duties.

Error from District Court, Pottawatomie County; Hal Johnson, Judge.

Action by Adolph Lyle against John A. Neal. Judgment for plaintiff, and defendant brings error. Affirmed.

R. H. Reily and A. M. Baldwin, for plaintiff in error

Arrington & Evans, for defendant in error.

HARRISON, J. By agreement of parties the decision in this case may follow the decision in No. 14478, Schoemann v. Southgate, 96 Okla. 106, 220 Pac. 461. The facts in the two cases being substantially the same and the law governing the state of facts in each case being identical, except that in the case at bar the defendant in error was elected to the office of city clerk of the town of Wanette at the same election in which defendant in error in Schoemann v. Southgate, supra, was elected city treasurer.

A separate judgment in the instant case was rendered in favor of Lyle, and peremptory writ issued to plaintiff in error, Neal, to turn over to Lyle the office of city clerk and the things belonging thereto.

Following the reasoning and the law announced in Schoemann v. Southgate, the judgment of the trial court is affirmed.

JOHNSON, C. J., and KANE, KENNAMER, NICHOLSON, COCHRAN, BRANSON, and MASON, JJ., concur.